UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUAN IBARRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-0971 |
| ) | Judge Trauger |
| KENNETH BARRETT, individually ) | |
| and in his official capacity, and ) | |
| RUTHERFORD COUNTY, ) | |
| TENNESSEE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion for Summary Judgment (Docket No. 34) is **GRANTED IN PART** and **DENIED IN PART**.

It is so ordered.

Enter this 19th day of April 2007.

ALETA A. TRAUGER
United States District Judge